THE HONORABLE FRANKLIN D. BURGESS

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| AT&T CORP. and ALASCOM, INC., d/b/a AT&T ALASCOM,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID W. WALKER, DONALD J. SCHROEDER, AND TERRY A. GUNSEL,<br><br>          Defendants. | NO. CV-04-5709 FDB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL THEIR REPLY BRIEF IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

IT IS HEREBY ORDERED that Defendants' motion to file the above-referenced document under seal is GRANTED.

Dated this 26th day of May 2005

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
Keith Gerrard, WSBA # 102
Todd W. Rosencrans, WSBA # 26551
**Perkins Coie LLP**

-and-

Kevin M. Hodges
Robert A. Van Kirk
**Williams & Connolly LLP**
Attorneys for Defendants