The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AT&T CORP and ALASCOM, INC. d/b/a AT&T Alascom, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. SCHROEDER, DAVID W. WALKER, and TERRY A. GUNSEL, <br><br> Defendants. | No. CV-04-5709 FDB <br><br> **STIPULATED ORDER (1) MODIFYING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; (2) CHANGING NOTING DATE FOR DEFENDANTS' MOTION TO DISMISS; AND (3) WITHDRAWING DEFENDANTS' MOTION TO STAY FURTHER BRIEFING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, TO EXTEND THE DEADLINE FOR RESPONSE** |

WHEREAS, the parties hereto have met and conferred concerning three pending motions and have reached agreement intended to further the interests of efficiency and judicial economy.

NOW, THEREFORE, the parties hereby stipulate, and the Court so orders, as follows:

---

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
 (CV-04-5709 FDB) — 1
30940746.1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688

1. Defendants' Motion To Stay Further Briefing On Plaintiffs' Motion For Partial Summary Judgment, Or, In The Alternative, To Extend The Deadline For The Response, filed on June 1, 2005 (Docket No. 41) is hereby withdrawn.

2. Defendants' Motion To Dismiss Plaintiffs' Complaint, filed on March 14, 2005, currently noted for consideration on June 10, 2005 (Docket No. 14), shall be noticed for consideration on August 19, 2005, on the same date as Plaintiffs' Motion For Partial Summary Judgment addressed below (and, if there is any subsequent change in the noting date for Plaintiffs' Motion For Partial Summary Judgment, then the date for Defendants' Motion To Dismiss shall be changed accordingly so that the two motions will be noted for consideration on the same date).

3. The briefing schedule for Plaintiffs' Motion For Partial Summary Judgment filed on May 26, 2005 (Docket No. 38), shall be as follows:

   a. The motion shall be noted for consideration on August 19, 2005;

   b. Defendants' papers in opposition, if any, shall be served and filed no later than July 15, 2005; and

   c. Plaintiffs' reply papers, if any, shall be served and filed no later than August 12, 2005.

4. The parties' Joint Status Report and Discovery Plan filed on May 27, 2005 (Docket No. 40), which tentatively contemplates an exchange of initial disclosures on August 1, 2005, and commencement of discovery on that date based upon the explicit assumption that Defendants' Motion To Dismiss will be decided by the end of July, is hereby amended to provide for commencement of discovery and an exchange of initial disclosures on October 1, 2005, in light of the briefing schedule provided herein.

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
 (CV-04-5709 FDB) — 2
30940746.1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688

1  PRESENTED this 6th day of June, 2005.

2
3                                         DAVIS WRIGHT TREMAINE L.L.P.
                                          Attorneys for Plaintiffs
4
5                                         By:    /s Scott Carter-Eldred
                                          Scott Carter-Eldred, WSBA #32881
6                                         1501 Fourth Avenue, Suite 2600
                                          Seattle, WA  98101
7                                         Telephone: (206) 622-3150
                                          Facsimile: (206) 628-7699
8                                         Email: carts@dwt.com

9
10                                        PERKINS COIE, LLP
                                          Attorneys for Defendants
11
12                                        By:    /s Todd Rosencrans
                                          Todd Rosencrans, WSBA # 26551
13                                        Keith Gerrard, WSBA # 102
                                          Perkins Coie, LLP
14                                        1201 Third Avenue, Suite 4800
                                          Seattle, WA 98101-3099
15                                        Telephone: (206) 359-8000
                                          Fax: (206) 359-9000
16                                        Email: trosencrans@perkinscoie.com

17
18
19
20
21
22
23
24
25
26
27

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
 (CV-04-5709 FDB) — 3
30940746.1

1  IT IS SO ORDERED.

2  DATED this 7th day of June 2005

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER MODIFYING BRIEFING SCHEDULE
(CV-04-5709 FDB) — 4
30940746.1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688