THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AT&T CORP. and ALASCOM, INC.,
d/b/a AT&T ALASCOM,

        Plaintiffs,

  v.

DAVID W. WALKER, DONALD J. SCHROEDER, AND TERRY A. GUNSEL,

        Defendants.

NO. CV-04-5709 FDB

ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

    IT IS HEREBY ORDERED that Defendants' Motion to File under Seal Their Opposition to Plaintiffs' Motion for Partial Summary Judgment is GRANTED.

    DATED this 17th day of August 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS' MOTION TO FILE
UNDER SEAL (NO. CV-04-5709 FDB) - 1

[57663-0001-000000/05 Aug 17 AT&T Opp to P SJ Sealed.ps.DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

1   / / / /
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

ORDER GRANTING DEFENDANTS' MOTION TO FILE
UNDER SEAL (NO. CV-04-5709 FDB) - 2

[57663-0001-000000/05 Aug 17 AT&T Opp to P SJ Sealed.ps.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000

Presented By:

s/ Todd W. Rosencrans, WSBA # 26551
Keith Gerrard, WSBA # 102
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
E-mail:  TRosencrans@perkinscoie.com

-and-

Kevin M. Hodges
Robert A. Van Kirk
**Williams & Connolly LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO FILE
UNDER SEAL (NO. CV-04-5709 FDB) - 3

[57663-0001-000000/05 Aug 17 AT&T Opp to P SJ Sealed.ps.DOC]

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington  98101-3099
Phone:  (206) 359-8000
Fax:  (206) 359-9000