The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AT&T CORP and ALASCOM, INC. d/b/a AT&T Alascom, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. SCHROEDER, DAVID W. WALKER, and TERRY A. GUNSEL, <br><br> Defendants. | No.  CV-04-5709 FDB <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL** |

IT IS HEREBY ORDERED that Plaintiff's motion to file under seal their reply in support of summary judgment, along with the supporting declaration of Joseph Zammit is GRANTED.

DATED this 2nd day of September 2005.

_/s/ Franklin D. Burgess_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Order Granting Motion to File Under Seal (CV-04-5709 FDB) — 1

SEA 1679974v1 19977-353

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1
2
3
4  Presented by:
5  DAVIS WRIGHT TREMAINE L.L.P.
   Attorneys for Plaintiffs
6
7  By:  /s/ Eric B. Martin
   Eric B. Martin, WSBA #32896
8  Daniel M. Waggoner, WSBA #9439
   1501 Fourth Avenue, Suite 2600
9  Seattle, WA  98101
   Telephone: (206) 622-3150
10 Facsimile: (206) 628-7699
   Email: ericbmartin@dwt.com
11
   Edward P. Dolido
12 666 Fifth Avenue
   New York, New York 10103-3198
13 Telephone: (212) 318-3000
   Fax: (212) 318-3400
14 Email: edolido@fulbright.com
15
16
17
18
19
20
21
22
23

Order Granting Motion to File Under Seal (CV-04-5709 FDB) — 2

SEA 1679974v1 19977-353

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699