HON. FRANKLIN D. BURGESS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AT&T CORP. and Alascom, Inc., d/b/a/ AT&T Alascom, Inc.,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DAVID W. WALKER, DONALD J. SCHROEDER, and TERRY A. GUNSEL,<br><br>　　　　　Defendants.<br>―――――――――――――――――<br>TERRENCE J. DONAHUE, Trustee for the Chapter 7 Bankruptcy Estate of PT Cable, Inc.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE CARLYLE GROUP L.P. aka The Carlyle Group, et al.,<br><br>　　　　　Defendants. | NO.  C04-5709FDB<br><br>ORDER ON MOTION TO DISMISS NON-WASHINGTON DOMICILED DEFENDANTS "JANE DOES" COBURN, CONWAY, AND DARMAN<br><br>[Clerk's Action Required] |

THIS MATTER came before the Court on September 29, 2006 upon the motion of defendants-in-intervention "Jane Does" Coburn, Conway, and Darman (collectively, the "Jane Doe Defendants"). The Court having considered the files and records herein and considering itself duly advised,

ORDER ON MOTION TO DISMISS NON-WASHINGTON
DOMICILED DEFENDANTS "JANE DOES" COBURN,
CONWAY, AND DARMAN - 1
NO.  C04-5709FDB
{R:\Clients\15988\S408204.DOC}

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

1   HEREBY ORDERS, ADJUDGES AND DECREES that defendants "Jane Doe" Coburn,
2  "Jane Doe" Conway, and "Jane Doe" Darman are dismissed without prejudice, with the statute of
3  limitation tolled as to them for any claims based upon their receipt of or benefit from the proceeds
4  of the alleged "Illegal Dividend.".

5   DONE THIS 19th day of October 2006.

      _____
      FRANKLIN D. BURGESS
      UNITED STATES DISTRICT JUDGE

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON, P.L.L.C.

/s/ _____
Anthony J.W. Gewald, WSBA #8121
Attorneys for Intervenor Defendants
William E. Conway, Jr., Richard G. Darman
Brooke B. Coburn, the Carlyle Group, L.P.,
C/S Venture Investors, L.P., Carlyle U.S.
Venture Partners, L.P., Carlyle Venture
Partners, L.P. and Carlyle Venture Coinvestment,
L.L.C.

ORDER ON MOTION TO DISMISS NON-WASHINGTON
DOMICILED DEFENDANTS "JANE DOES" COBURN,
CONWAY, AND DARMAN - 2
NO. C04-5709FDB
{R:\Clients\15988\S408204.DOC}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas N. Bucknell, Jr.
Edwin K. Sato
Jerry Nolan Stehlik
Bucknell Stehlik Sato & Stubner LLP
2003 Western Avenue, Suite 400
Seattle, WA  98121

Edward Dolido
Joseph P. Zammit
Fulbright & Jaworski
666 Fifth Avenue, 31st. Fl.
New York, NY  10103

Keith Gerrard
Todd W. Rosencrans
Perkins Coie
1201 Third Avenue, Suite 4800
Seattle, WA  98101

Kevin M. Hodges
Michael K. Stern
Robert A Van Kirk
Williams & Connolly LP
725 Twelfth St. NW
Washington, DC 20005

Eric B. Martin
Daniel Maring Waggoner
Davis Wright Tremaine LLP
1501 Fourth Avenue, Suite 2600
Seattle, WA  98101

Gregory John Murphy
Law Offices of Gregory J. Murphy PS
201 St. Helens Avenue
Tacoma, WA 98402

Rodney L. Umberger, Jr.
Williams Kastner & Gibbs
601 Union St., Suite 4100
Seattle, WA  98101

    /s/Anthony J.W. Gewald
Anthony J.W. Gewald, WSBA #8121
LASHER HOLZAPFEL
SPERRY & EBBERSON, P.L.L.C.
601 Union St., Suite 2600
Seattle, WA  98104
(206) 624-1230
Fax (206) 340-2563
gewald@lasher.com

---

ORDER ON MOTION TO DISMISS NON-WASHINGTON
DOMICILED DEFENDANTS "JANE DOES" COBURN,
CONWAY, AND DARMAN - 3
NO.  C04-5709FDB
{R:\Clients\15988\S408204.DOC}



LASHER
HOLZAPFEL
SPERRY &
EBBERSON
PLLC

2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WA 98101-4000
(206) 624-1230
FAX (206) 340-2563