UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AT&T CORP. and ALASCOM, INC. d/b/a AT&T Alascom, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID W. WALKER, DONALD J. SCHROEDER, and TERRY A. GUNSEL, <br><br> Defendants. <br><br> TERRENCE J. DONAHUE, Trustee for Chapter 7 Bankruptcy Estate of PT cable, Inc. <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> THE CARLYLE GROUP, L.P., a.k.a. The Carlyle Group; *et al.* <br><br> Defendants-in-Intervention. | Case No. C04-5709FDB <br><br> ORDER FINDING MOTION TO STRIKE AT&T STATEMENTS MOOT |

    Defendants-in-Intervention move to strike "statements" filed by AT&T in this matter at Docket No. 116 and No. 130 because the Trustee, not AT&T, is the proper party to prosecute the claims-in-intervention. AT&T addressed the claims for constructive fraudulent conveyance and

ORDER - 1

aiding and abetting an illegal dividend and the Trustee's decision relative to prosecuting these two claims.  The motion has now become moot, as the Court has ruled on the motions to dismiss in which the issue addressed in the statement arose.

      NOW, THEREFORE, IT IS ORDERED: The Motion of the Defendants-in-Intervention [Dkt. # 139] is found to be MOOT and is STRICKEN from the Court's calendar.

      DATED this 19th day of October, 2006.

                                FRANKLIN D. BURGESS
                                UNITED STATES DISTRICT JUDGE

ORDER - 2