UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AT&T CORP. and ALASCOM, INC. d/b/a AT&T Alascom, Inc.,

    Plaintiffs,

v.

DAVID W. WALKER, DONALD J. SCHROEDER, and TERRY A. GUNSEL,

    Defendants.

TERRENCE J. DONAHUE, Trustee for Chapter 7 Bankruptcy Estate of PT cable, Inc.

    Plaintiff-in-Intervention,

v.

THE CARLYLE GROUP, L.P., a.k.a. The Carlyle Group; *et al.*

    Defendants-in-Intervention.

Case No. C04-5709FDB

ORDER DENYING MOTION TO VACATE PARTIAL SUMMARY JUDGMENT

    The parties in this case have reached a settlement agreement, and as a part of that agreement, among other things, AT&T has agreed to dismiss all of AT&T's claims, and, additionally, not to object to a motion to vacate the Court's partial summary judgment ruling.

ORDER - 1

The Court has considered the parties' submissions on this motion and declines to vacate the partial summary judgment order.

NOW, THEREFORE, IT IS ORDERED: Motion of Defendants Walker, Schroeder, and Gunsel to Vacate the Court's Order of June 28, 2006 Granting Partial Summary Judgment [Dkt. # 173] is DENIED.

DATED this 4th day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2