| | |
|---|---|
| **BUCKNELL STEHLIK SATO & STUBNER, LLP**<br>2003 Western Avenue, Suite 400<br>Seattle, Washington  98121<br>(206) 587-0144  •  fax (206) 587-0277 | Honorable Franklin D. Burgess |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | | |
|---|---|---|
| AT&T CORP. and ALASCOM, INC., d/b/a AT&T Alascom, Inc., | ) | NO.  C04-5709FDB |
| Plaintiffs, | ) ) ) | |
| vs. | ) | |
| DAVID W. WALKER, DONALD J. SCHROEDER, and TERRY A. GUNSEL, | ) ) | |
| Defendants. | ) ) | |
| TERRENCE J. DONAHUE, Trustee for the Chapter 7 Bankruptcy Estate of PT Cable, Inc., | ) ) ) | **STIPULATED ORDER DISMISSING TRUSTEE'S COMPLAINT IN INTERVENTION** |
| Plaintiff-in-Intervention, | ) | |
| vs. | ) ) | |
| THE CARLYLE GROUP, L.P., a.k.a. The Carlyle Group, et al.; | ) ) | **NOTE FOR CONSIDERATION: UPON FILING** |
| Defendants-in-Intervention. | ) ) ) | |

The parties to this action, by and through their respective counsel by signature below, hereby stipulate that the Complaint in Intervention filed by plaintiff-in-intervention Terrence J. Donahue ["Trustee"] shall be dismissed with prejudice and without fees or costs to any party, pursuant to a settlement of this action, approved by final order dated December 14, 2006 of the United States

Stipulated Order Dismissing Trustee's
Complaint in Intervention - 1

BUCKNELL STEHLIK SATO & STUBNER, LLP
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

1  Bankruptcy Court, W.D. Washington at Tacoma, in *In re PT Cable, Inc.,* case no. 05-42265.

2  DATED:  January 5, 2007

3  /s/ by Edwin K. Sato, WSBA # 13633

4  _____
Jerry N. Stehlik, WSBA # 13050
5  Bucknell Stehlik Sato & Stubner, LLP
2003 Western Avenue, Suite 400
6  Seattle, WA 98121
Telephone:  (206) 587-0144
7  Facsimile:  (206) 587-0277
E-mail:  jstehlik@bsss-law.com
8  Attorneys for plaintiff-in-intervention Terrence J. Donahue

9

10 DATED:  January 5, 2007

11 /s/ by Edwin K. Sato per e-mail authorization 1/2/07
_____
12 Eric B. Martin, WSBA # 32896
Davis Wright Tremaine, LLP
13 1501 Fourth Avenue, Suite 2600
Seattle, WA 98101
14 Telephone:  (206) 622-3150
Facsimile:  (206) 628-7699
15 E-mail:  ericbmartin@dwt.com
16 Attorneys for plaintiffs AT&T Corp. and Alascom, Inc.

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24
25
26
27 Stipulated Order Dismissing Trustee's
Complaint in Intervention - 2
28

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

W:\CLIENTS\2527\103\att case pleadings\dismiss motion.doc

1 | DATED: January 5, 2007

2 | /s/ by Edwin K. Sato per e-mail authorization 1/4/07

3 | _____
Todd W. Rosencrans, WSBA # 26551
4 | Perkins Coie LLP
1201 Third Avenue, Suite 4800
5 | Seattle, WA 98101-3099
Telephone:  (206) 359-8000
6 | Facsimile:  (206) 359-9000
E-mail:  TRosencrans@perkinscoie.com
7 | Attorneys for defendants-in-intervention
8 | Neptune Communications, LLC; Neptune Global
Systems, LLC (U.S.); David W. Walker and Jane Doe Walker;
9 | Donald J. Schroeder and Jane Doe Schroeder; and Terry A.
Gunsel and Jane Doe Gunsel
10 |

11 | DATED: January 5, 2007

12 | /s/ by Edwin K. Sato per e-mail authorization 1/4/07

13 | _____
Anthony J.W. Gewald, WSBA # 8121
14 | Lasher Holzapfel Sperry & Ebberson, P.L.L.C.
2600 Two Union Square
15 | 601 Union Street
Seattle, WA 98101-4000
16 | Telephone:  (206) 624-1230
17 | Facsimile:  (206) 340-2563
E-mail:  gewald@lasher.com
18 | Attorneys for defendants-in-intervention
The Carlyle Group L.P. aka The Carlyle Group;
19 | C/S Venture Investors, L.P.; Carlyle U.S. Venture
20 | Partners, L.P.; Carlyle Venture Partners, L.P.; Carlyle
Venture Coinvestment, L.L.C.; Brooke B. Coburn and
21 | Jane Doe Coburn; William E. Conway, Jr. and Jane Doe
Conway; and Richard G. Darman and Jane Doe Darman
22 |

23 | //

24 |

25 |

26 |

27 | Stipulated Order Dismissing Trustee's
Complaint in Intervention - 3

28 |

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

W:\CLIENTS\2527\103\att case pleadings\dismiss motion.doc

DATED: January 5, 2007

/s/ by Edwin K. Sato per e-mail authorization 1/4/07
_____
Gregory J. Murphy, WSBA # 16184
Law Offices of Gregory J. Murphy, P.S.
201 St. Helens Avenue
Tacoma, WA 98402-2519
Telephone: (253) 572-3688
Facsimile: (253) 572-9588
E-mail: gmurphy@murphy-legal.com
Attorney for defendant-in-intervention
Neptune Communications, LLC

DATED: January 5, 2007

/s/ by Edwin K. Sato per e-mail authorization 1/2/07
_____
Rodney L. Umberger, Jr., WSBA # 24948
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Facsimile: (206) 628-6611
E-mail: rumberger@wkg.com
Attorneys for defendant-in-intervention
Kane Reece Associates, Inc.

Based upon the foregoing stipulation of the parties and the full and final settlement and release of all claims and defenses asserted with respect to the Trustee's Complaint in Intervention herein, it is hereby

//

//

Stipulated Order Dismissing Trustee's
Complaint in Intervention - 4

W:\CLIENTS\2527\103\att case pleadings\dismiss motion.doc

1  ORDERED that Trustee's Complaint in Intervention in this case is dismissed, with prejudice
2  and without fees or costs to any party.

3
4  _____
   Honorable Franklin D. Burgess
   United States District Judge

Stipulated Order Dismissing Trustee's
Complaint in Intervention - 5

**BUCKNELL STEHLIK SATO & STUBNER, LLP**
2003 Western Avenue, Suite 400
Seattle, Washington 98121
(206) 587-0144  •  fax (206) 587-0277

W:\CLIENTS\2527\103\att case pleadings\dismiss motion.doc