Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AT&T CORP. and ALASCOM, INC. d/b/a AT&T Alascom, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID W. WALKER, DONALD J. SCHROEDER, and TERRY A. GUNSEL, <br><br> Defendants. | NO. CV-04-5709-FDB <br><br><br><br><br><br><br><br> STIPULATION OF DISMISSAL |
| TERRENCE J. DONAHUE, Trustee for the Chapter 7 Bankruptcy Estate of PT Cable, Inc., <br><br> Plaintiff-in-Intervention, <br><br> v. <br><br> THE CARLYLE GROUP, L.P., a.k.a. The Carlyle Group, *et al.*, <br><br> Defendants-in-Intervention. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it hereby stipulated by and among Plaintiffs AT&T Corp. and Alascom Inc. (collectively, "AT&T") and Defendants David W. Walker, Donald J. Schroeder, and Terry A. Gunsel, that all of the claims alleged in the Complaint by AT&T are hereby dismissed with prejudice, each party bearing its own costs.

DATED: January 2, 2007

STIPULATION OF DISMISSAL
(NO. 04-5709-FDB) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

Respectfully submitted,

By: *[signature]*
Daniel M. Waggoner, WSBA #9439
Eric B. Martin, WSB #32896
**DAVIS WRIGHT TREMAINE, LLP**
1501 Fourth Avenue, Suite 2600
Seattle, WA 98101
Telephone: (206) 622-3150
Facsimile: (206) 628-7699
Email: ericbmartin@dwt.com

and

Joseph P. Zammit
Edward P. Dolido
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000

Attorneys for Plaintiffs
AT&T Corp. and Alascom, Inc.

*[signature]*
Todd W. Rosencrans, WSBA # 26551
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
E-mail: trosencrans@perkinscoie.com

-and-

Kevin M. Hodges
Robert A. Van Kirk
Michael K. Stern
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Attorneys for Defendants David W. Walker, Donald J. Schroeder, and Terry A. Gunsel

STIPULATION OF DISMISSAL
(NO. 04-5709-FDB) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000